NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTRICIA J. CHAPMAN,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3066

---

Petition for review of the Merit Systems Protection Board in case no AT0752100423-I-1.

---

**ON MOTION**

---

# ORDER

The United States Postal Service (USPS) moves to reform the caption to name the Merit Systems Protection Board as respondent. The USPS states that the Board consents to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

APR 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kimberly I. Kennedy, Esq.
Stephanie Conley, Esq. (copy of petitioner's informal brief enclosed)
Martricia J. Chapman

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2011

JAN HORBALY
CLERK